## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Sylvia Espinoza | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   Case No. CIV-16-825- HE |
| | ) |
| Nestle Purina Petcare Company | ) |
| | ) |
| Defendant. | ) |

# **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a) (1) (ii), the parties jointly stipulate and agree that this matter shall be dismissed as to defendant, with prejudice, each side to bear their own costs and attorney fees.

Respectfully Submitted,

_s/Loren Gibson_____
Loren Gibson, OBA 14348
Gibson & Associates, P.L.C.
105 N. Hudson, Suite 312
Oklahoma City, OK 73102
405/270-0900
405/270-0903 (fax)
**Counsel for Plaintiff**


s/Bernard J. Bobber
(signed by filing attorney with permission)
Bernard J. Bobber, WI #1015499
Joseph P. Campbell, WI # 1098473
OGELTREE, DEAKINS, NASH
SMOAK & STEWARDT, P.C.
Pabst Boiler House
1243 N. 10th

1

Suite 210
Milwaukee, WI 53205
Telephone: 414.239.6400
Facsimile: 414.755.8289

And

Samuel R. Fulkerson
Ogletree Deakins
101 Park Avenue, Ste. 1300
Oklahoma City, OK 73102
Sam.fulkerson@ogletree.com
***ATTORNEYS FOR DEFENDANT***